MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIRCUS FRUITS WHOLESALE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>SHEFA APPETIZING, INC., *et al.*,<br><br>Defendants. | Case No.: 7:25-cv-06776-NSR<br><br>**PLAINTIFF'S STATUS REPORT** |

Pursuant to Your Honor's Memo Endorsement entered on July 9, 2026, Plaintiff Circus Fruits Wholesale Corp. ("Plaintiff") by and through its undersigned attorney submits this statement regarding the status of the case:

1. Defendants Shefa Appetizing, Inc. and Aron Kohn have reached a settlement with Plaintiff.

2. The parties have approved the terms of the settlement and have executed a Stipulation that it is filed concurrently with this Status.

3. Plaintiff respectfully requests that the **Show Cause Hearing set for July 31, 2026 at 02:00 p.m. before Judge Nelson Stephen Roman** be hereby vacated.

Dated: July 29, 2026
San Antonio, Texas

Respectfully submitted,

STOKES LAW OFFICE LLP

/s/ Craig A. Stokes
Craig A. Stokes – SBN 3894839
P.O. Box 6909
San Antonio, TX 78209
Telephone (210) 804-0011
Direct (210) 742-2789
Facsimile (210) 822-2595

The 2 p.m. Show Cause Hearing for July 31, 2026 is hearby adjourned in light of the parties' settlement status. The Clerk of Court is further directed to vacate the default judgment motion and terminate the motions at ECF Nos. 26 and 32.
Dated: July 30, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Email cstokes@stokeslawoffice.com

*Counsel for Plaintiff*
*Circus Fruits Wholesale Corp.*

**CERTIFICATE OF SERVICE**

I certify that on July 29, 2026, I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Farva Scott, Esq. Via ECF
Farva Scott, Attorney at Law
420 Columbus Avenue, Suite 112
Valhalla, New York 10595
Telephone: (347) 352-2470
Email: farvascottesq@gmail.com

*Attorney for Defendants*
*Shefa Appetizing, Inc. and Aron Kohn*

/s/ Craig A. Stokes________________________
Craig A. Stokes
Counsel for Plaintiff
Circus Fruits Wholesale Corp.