UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIRCUS FRUITS WHOLESALE CORP.,

Plaintiff,

v.

SHEFA APPETIZING, INC., and ARON KOHN,

Defendants.

Case No.: 7:25-cv-06776-NSR

**FINAL JUDGMENT AND ORDER**

THIS MATTER having come before the Court on Plaintiff's Application for a Final Order and Judgment; and it appearing that pursuant to the terms of the Stipulation and Order previously filed in this action, this Court is to enter this Final Order and Judgment immediately upon the filing of a declaration by Plaintiff's attorney which states that payment has not been made by Defendants Shefa Appetizing, Inc. and Aron Kohn (collectively, "Defendants") as required by the Stipulation and Order and Defendants have failed to cure the default in payment; and it appearing that Plaintiff's attorney has filed such a declaration and that Defendants have failed to make payment and to cure that default in accordance with the Stipulation and Order; and for good cause shown;

It is on this 4 day of November, 2026.

ORDERED, ADJUDGED, AND DECREED, that Circus Fruits Wholesale Corp. is a qualified trust creditor and beneficiary of Defendants Shefa Appetizing, Inc. and Aron Kohn, jointly and severally, for a total final judgment amount of $ 63,097.22 under the trust provisions of the PACA, 7 U.S.C. § 499e(c); and it is further,

**ORDERED** that Defendants, their customers, employees, agents, officers, subsidiaries, assigns banking institutions and factors shall not alienate, dissipate, pay over or assign any assets of Shefa Appetizing, Inc., except for payment to Plaintiff, until further order of the Court or until

Defendants pay the balance owed under the previously entered Stipulation and Order by bank check or wire transfer at which time this Order is dissolved; and it is further

**ORDERED** that Defendants shall within five (5) business days of service of this Order, turnover any and all funds realized from the sale of produce or products derived from produce in their possession to the Stokes Law Office LLP, attorneys for Plaintiff, located at P.O. Box 6909, San Antonio, TX 78209, for distribution to Plaintiff; and it is further

**ORDERED** that any and all funds belonging to Defendants, in the possession of third parties shall be immediately turned over to the Stokes Law Office LLP, attorneys for Plaintiff, located at P.O. Box 6909, San Antonio, TX 78209, for distribution to Plaintiff; and it is further

**ORDERED** that any and all funds owed to Plaintiff for produce or produce related items, shall be paid directly to the Stokes Law Office LLP, attorneys for Plaintiff, located at P.O. Box 6909, San Antonio, TX 78209, when due for distribution to Plaintiff; and it is further

ORDERED that Defendants Shefa Appetizing, Inc. and Aron Kohn shall supply to Plaintiff's attorney, within five (5) days of the date of this Order, any and all documents in connection with their assets and liabilities of Defendants Shefa Appetizing, Inc. and Aron Kohn, their related and subsidiary companies, including, but not limited to, the most recent balance sheets, profit/loss statements, accounts receivable reports, accounts payable reports, accounts paid records and income tax returns.

SO ORDERED:

Dated: November 4, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge